DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARIO RUIZ,**
Appellant,

v.

**NANCY RUIZ,**
Appellee.

No. 4D2023-1358

[June 12, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren M. Alperstein, Judge; L.T. Case No. FMCE18-000560.

Rafael J. Oropesa of Rafael J. Oropesa, Attorney at Law, PA, Hialeah, for appellant.

Catherine L. Roselli, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed. See Elbaum v. Elbaum,* 141 So. 3d 658 (Fla. 4th DCA 2014).

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***